IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**vs.**                      **CASE NO. 4:12CR00133-01 BSM**

**FREDERICK LAWRENCE JOHNSON**                                **DEFENDANT**

## JUDGMENT

Defendant Frederick Lawrence Johnson appeared on August 29, 2012, to show cause why his supervised release should not be revoked. Based upon his admission of the violations as set forth in the July 19, 2012 motion to revoke [Doc. No. 3] and for reasons stated on the record, it was determined that Johnson's supervised release should be revoked.

Accordingly, Johnson shall serve thirty (30) days in jail and it is recommended that his jail time be served in the Cleburne County Jail. Johnson shall self-report to the United States Marshall Service by 12 p.m. on Friday, September 7, 2012. Upon release from incarceration, Johnson shall serve out the remaining term of his supervised release, which ends on July 12, 2013. A special condition of his supervised release shall be that Johnson participate, at the direction of the United States Probation Office, in drug screening and substance abuse treatment counseling.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED THIS <u>30th</u> day August 2012.

_____
UNITED STATES DISTRICT JUDGE