IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                  CASE NO. 4:12CR00133-01 BSM

FREDERICK LAWRENCE JOHNSON                        DEFENDANT

## ORDER

The United States Probation Office has requested that the Judgment filed on August 30, 2012, [Doc. No. 11] be modified to include the following language:

All general and standard conditions previously imposed remain in full force and effect.

IT IS THEREFORE ORDERED that the Judgment be amended to reflect the above-stated language and all other terms and conditions shall remain unchanged. The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED this 25th day of January 2013.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE